UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INGRID GOMEZ,

                       Plaintiff,                       **24 Civ. No. 2914 (LGS)**

      -against-                                      **PRE-SETTLEMENT
                                                                     CONFERENCE ORDER**

GASTRO BAR & RESTAURANT,
CORP., *et al.,*

                    Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, November 4, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 727 748 667#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
                 October 17, 2025

                                                                    _____
                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge