UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INGRID GOMEZ,

                        Plaintiff,                  24 Civ. No. 2914 (LGS)

    -against-

                                                  **ORDER SCHEDULING**
GASTRO BAR & RESTAURANT,              **SETTLEMENT CONFERENCE**
CORP., *et al.*,

                        Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, December 4, 2025 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Wednesday, November 26, 2025**.

      SO ORDERED.

DATED:    New York, New York
              November 4, 2025

                                                             _____
                                                              The Honorable Gary Stein
                                                              United States Magistrate Judge