UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
INGRID GOMEZ,                                                 :
                                                              :
                              Plaintiff,     :        24 Civ 2914 (LGS)
                                                              :
              -against-                      :                ORDER
                                                              :
GASTRO BAR & RESTAURANT CORP. et al.,        :
                                                              :
                              Defendants.     :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending

motions are **DENIED** as moot, and all conferences are **CANCELED**.  The jury trial scheduled to

begin February 2, 2026 is **CANCELED**.

Dated: December 5, 2025
        New York, New York

_____
        LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE